57999. JACOBSON et al. v. THE STATE.

SMITH, Judge.

The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED JUNE 11, 1979 — DECIDED OCTOBER 1, 1979.

*Alexander L. Zipperer, III, Nicholas M. Matassini,* for appellants.

*Dupont K. Cheney, District Attorney, Gary A. Sinrich, Assistant District Attorney,* for appellee.